# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amie M. Gressett,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Central Arizona Water Conservation District,<br><br>　　　　Defendant. | No. CV-12-00185-PHX-JAT<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

As found by the jury's verdict in this case as well as the Court's findings, Plaintiff Amie Gressett prevailed on her claim against Defendant Central Arizona Water Conservation District for interference with her rights under the Family and Medical Leave Act ("FMLA"). Accordingly:

1. Judgment is entered in favor of Amie M. Gressett and against the Central Arizona Water Conservation District in the amount of $140,000 for wages, salary, employment benefits, or other compensation denied or lost to Amie M. Gressett, pursuant to 29 U.S.C. § 1617(a)(1)(A)(i), (ii).

2. Judgment is entered in favor of Amie M. Gressett and against the Central Arizona Water Conservation District in the amount of $140,000 as liquidated damages, pursuant to 29 U.S.C. § 1617(a)(1)(A)(iii).

3. Judgment is entered in favor of Amie M. Gressett and against the Central Arizona Water Conservation District in the amount of $80,360.50 for front pay, pursuant

1 | to 29 U.S.C. § 1617(a)(1)(B) and the Court's equitable powers.

    Dated this 31st day of March, 2015.

*James A. Teilborg*
Senior United States District Judge